IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRAD ALBERT, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:14-cv-1112-ELR-JKL |
| AMERICAN FAMILY INSURANCE COMPANY, et al., | |
| Defendants. | |

## ORDER

Thomas Colin Wooldridge, attorney for Brad Albert, has moved to withdraw as Albert's counsel. [Doc. 47.] Wooldridge has complied with the requirements governing motions to withdraw, including that he gave Albert proper notice of his intent to withdraw, advised Albert of the possible consequences, and gave Albert 14 days to object to the withdrawal. [*Id.*]; *see* LR 83.1(E). Albert has not objected to Wooldridge's withdrawal, and filings in the case suggest that Albert, in fact, requested that Wooldridge withdraw from representation. [*See* Doc. 46-1.] Wooldridge's motion is, therefore, **GRANTED**. As Wooldridge still has an interest in proceedings in this case, the Clerk is **DIRECTED** to continue providing Wooldridge with notification of docket activity in this case.

Albert is advised that he has 21 days from service of this order to notify the Clerk of this Court whether he has retained another attorney or will represent himself. LR 83.1(E)(4). Along with such notice, Albert must provide the Clerk with the telephone number and address of the new attorney or unrepresented party. Failure to comply with this requirement "*shall constitute a default by the party*." *Id.* (emphasis added). Within 14 days of such notice, Albert, either *pro se* or through counsel, may file a response to American Family's motion for settlement [Doc. 44] and Wooldridge's motion to establish a charging lien [Doc. 45]. Failure to respond may result in a motion being deemed unopposed. If Albert does not file a response to the settlement motion, I will treat Doc. 46, filed on Albert's behalf by Wooldridge, as the operative response.

The Clerk is **DIRECTED** to serve this order upon Albert personally by registered mail at the address provided by counsel, P.O. Box 7971, Marietta, GA 30065. In addition, Wooldridge is **DIRECTED** to forward a copy of this order to Albert.

IT IS SO ORDERED this 26th day of April, 2016.

_____
JOHN K. LARKINS III
United States Magistrate Judge