
# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

## CONSUMER ASSISTANCE PROGRAM

*The documents accompanying this transmission may contain confidential and/or legally privileged information. They are intended only for the individual or entity named on this transmission sheet. If you have received this in error, please notify us by telephone immediately.*

Please deliver this to the following:

**Name:** Thomas Colin Wooldridge   **Fax:** 404 942 3301

**From:** Lynda Sewell Hulsey
Director, Consumer Assistance Program
404 527 8726 or 800 334 6865, Ext. 8726
lyndah@gabar.org

**Date:** 4/26/2016   **Total number of pages:** One

**Re:** Bradley Albert, your former client
PO Box 7971
Marietta, GA 30065
770 685 9063

Your former client has contacted us to express concern about the case you have been handling, and that he needs to have his file returned in order to prepare for a motion hearing. Would you please contact him about this situation? You may reach the Bar's Ethics Helpline in the Office of General Counsel at 404 527 8720.

This is sent as a courtesy to you and simply for your information. No grievance has been filed against you at this time. You do not have to call me or to send copies of correspondence to me. Thank you.

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435